# IN THE SUPREME COURT OF THE STATE OF NEVADA

RODNEY WAYNE BERRY,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79759

FILED

OCT 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 1, 2018. Appellant did not file the notice of appeal, however, until October 1, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely appeal fails to vest jurisdiction in this court). Untimely appeals are allowed from judgments of conviction only when the procedure under NRAP 4(c) has been followed and the district court enters a written order finding that the petitioner has a valid appeal-deprivation claim and is entitled to a direct appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-43200

cc: Hon. Michael Villani, District Judge
Rodney Wayne Berry
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2